MN - 204
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

MARY CATHERINE STANGLE HESS,          Case No.: 10-61389
                                                           Chapter 7
                Debtor.

## NOTICE OF SALE, ABANDONMENT, LEASE OR SETTLEMENT

To:     The United States Trustee, all creditors and other parties in interest.

On April 26, 2011, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the Estate of the Debtor named above will abandon property of the Estate as follows:

    The Trustee will abandon the bankruptcy estate's interest in the following real property in Todd County, Minnesota: Lots 8, 9, 10, 11 and 12, Block 1, Stewart and Bartraw's Addition to Staples, according to the plat thereof on file and of record in the office of the Todd County Recorder. There is an offer to purchase the property for $128,500 pending. The mortgages against the property exceed the purchase price. Therefore, as there is no equity in the property, the Trustee believes abandonment to be appropriate in order all the sale to proceed.

OBJECTION: MOTION: HEARING. Under the applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| US Bankruptcy Court | 1015 US Courthouse | (see address below) |
| 204 US Courthouse | 300 South 4th Street | |
| 118 S. Mill Street | Minneapolis, MN 55415 | |
| Fergus Falls, MN 56537 | | |

Dated: <u>April 1, 2011</u>                                 /e/ David G. Velde
                                                                                  David G. Velde, Trustee
                                                                                  1118 Broadway
                                                                                  Alexandria, MN 56308
                                                                                  (320) 763-6561

cmo\T:\BMSW\QUIKDOCS\10-61389\abandonment.wpd

United States Bankruptcy Court
District of Minnesota

In re:                                                          Case No. 10-61389-DDO
Mary Catherine Stangle-Hess                                     Chapter 7
            Debtor                **CERTIFICATE OF NOTICE**

District/off: 0864-6        User: susan              Page 1 of 2           Date Rcvd: Apr 01, 2011
                            Form ID: pdf013          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2011.
```
db         +Mary Catherine Stangle-Hess,    704 8th St NE,    Staples, MN 56479-2218
intp       +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
             Tucson, AZ 85712-1083
59101426    BANK OF AMERICA,    PO BOX 15026,    WILMINGTON, DE 19850-5026
59101425    BANK OF AMERICA,    BUSINESS CARD,    PO BOX 15184,    WILMINGTON, DE 19850-5184
59101427    BANK OF AMERICA,    P O BOX 53101,    PHOENIX, AZ 85072-3101
59101428    CHASE,   P O BOX 15299,    WILMINGTON, DE 19850-5299
59178975   +CHASE BANK USA NA,    C/O CREDITORS BKY SVC,    PO BOX 740933,    DALLAS TX 75374-0933
59101429    CHASE FREEDOM,    PO BOX 94014,    PALATINE, IL 60094-4014
59101430    CORONET/BEAULIEU RESIDENTAL,    PO BOX 1248,    DALTON GA 30722-1248
59158937    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
59101431    DEX ONE,    ATTN: CLIENT CARE,    P O BOX 3162,    CEDAR RAPIDS, IA 52406-3162
59101435   +FIRST INTERNATIONAL BANK,    111 4TH ST NE,    STAPLES, MN 56479-2545
59101436   +GAGNER & ASSOCIATES,    414 N CENTRAL STE A,    FAIRBAULT, MN 55021-5384
59101437   +HANK'S SPECIALTIES, INC,    PO BOX 120150,    NEW BRIGHTON, MN 55112-0013
59101439   +HERREGAN DISTRIBUTORS,    3695 KENNEBEC DR,    EAGAN, MN 55122-1002
59101438   +HERREGAN DISTRIBUTORS,    C M 9593,    ST PAUL, MN 55170-0001
59101441    HOME DEPOT,    PO BOX 182676,    COLUMBUS, OH 43218-2676
59101443    HOME DEPOT,    P O BOX 653000,    DALLAS, TX 75265-3000
59101440    HOME DEPOT,    PO BOX 6029,    THE LAKES, NV 88901-6029
59118766    Home Depot,    PO Box 183175,    Columbus OH 43218-3175
59101444   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY UNIT,    BOX 21126,
             PHILADELPHIA, PA 19114-0326)
59101445   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: INTERNAL REVENUE SERVICE,    STOP 5700,    30 E 7TH ST STE 1222,
             ST PAUL, MN 55101)
59101446    JIM & JOYCE MOHLER,    902 PRAIRIE AVE,    STAPLES, MN 56479
59101448    LITURGICAL PUBLICATIONS,    PO BOX 510817,    NEW BERLIN, WI 53151-0817
59101449    MARLIN LEASING,    PO BOX 13604,    PHILADELPHIA, PA 19101-3604
59101451   +MID MINNESOTA FCU,    P OBOX 2907,    BAXTER, MN 56425-6607
59101453   +MID-STATE DISTRIBUTING CO,    2600 BELL AVE,    DES MOINES, IA 50321-1101
59101454    MOHAWK CARPET,    POBOX 12069,    CALHOUNE, GA 30703-7002
59101456   +REGION FIVE DEVELOPMENT COMMISSION,    403 PRAIRIE AVE NE,    STAPLES, MN 56479-3201
59101457   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    PO BOX 6352,    FARGO, ND 58125-6352)
59201481   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
             Cincinnati, OH 45201-5229)
59136985    Vogel Law Firm,    re: Fargo Glass & Paint Co,    PO BOx 1389,    Fargo ND 58107-1389
59101458    WALCRO, INC,    PO BOX 1409,    MINNEAPOLIS, MN 55480-1409
59101459    YELLOW BOOK,    P O BOX 3162,    CEDAR RAPIDS, IA 52406-3162
59183080   +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
             Timonium, Maryland 21094-5126
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
59197782      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2011 01:35:55
              American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK 73124-8840
59101432      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 02 2011 00:15:15      DISCOVER,    PO BOX 6103,
              CAROL STREAM, IL 60197-6103
59101433     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 02 2011 00:15:15      DISCOVER CARD,
              P O BOX 30421,    SALT LAKE CITY, UT 84130-0421
59138206      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 02 2011 00:15:15      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
59101434     +E-mail/Text: bheiter@fargoglass.com Apr 01 2011 21:12:01     FARGO GLASS & PAINT,    PO BOX 3107,
              FARGO, ND 58108-3107
59101447     +E-mail/PDF: cr-bankruptcy@kohls.com Apr 02 2011 01:25:22     KOHL'S,    P O BOX 3043,
              MILWAUKEE, WI 53201-3043
59101455     +E-mail/Text: bklaw@qwest.com Apr 01 2011 21:10:50     QWEST,    P O BOX 91154,
              SEATTLE, WA 98111-9254
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
59118765*      Home Depot,    PO Box 182676,    Columbus OH 43218-2676
59101450*      MARLIN LEASING,    P O BOX 13604,    PHILADELPHIA, PA 19101-3604
59101452*     +MID MINNESOTA FCU,    PO BOX 2907,    BAXTER, MN 56425-6607
```

```
District/off: 0864-6          User: susan              Page 2 of 2              Date Rcvd: Apr 01, 2011
                              Form ID: pdf013          Total Noticed: 42
```

```
59101442     ##HOME DEPOT,   P O BOX 689100,   DES MOINES, IA   50368-9100
                                                                                    TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2011**                              **Signature:** *Joseph Speetjens*